IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1966 CHEVROLET IMPALA, VIN # 164376L226474;
2007 CHEVROLET SILVERADO 1500, VIN # 1GCEK19Y17Z641095;
1999 CHEVROLET TAHOE LT, VIN # 3GNEK18R6X182096;
2005 BMW 545, VIN # WBANB33545B115069;
2006 CHEVROLET MONTE CARLO SS, VIN # 2G1WL16C869365008;
2008 VOLKSWAGEN JETTA, VIN # 3VWRM71K58M170297;
$20,000.00 IN UNITED STATES CURRENCY;

       Defendants.
_____

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*
_____

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya Andrews, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

<u>JURISDICTION AND VENUE</u>

1.    The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. § 981(a)(1)(C), seeking forfeiture of defendant property based upon violations of the provisions of 18 U.S.C. § 2113.   This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.    Venue is proper under 28 U.S.C. § 1395, as the defendants are located, and the acts described herein occurred, in the District of Colorado.

1

## DEFENDANT PROPERTY

3.      Defendant property is more fully described, titled and encumbered as follows:

a.      1966 Chevrolet Impala, VIN # 164376L226474 ("Defendant Impala") bearing Colorado license plate 342-GQY, titled in the name of Krissiel Abeyta and seized on March 18, 2015, from 450 West Midway Blvd., Broomfield, Colorado. Defendant Impala is currently in the custody of the FBI in Denver, Colorado.

b.      2007 Chevrolet Silverado 1500, VIN # 1GCEK19Y17Z641095 ("Defendant Silverado") bearing Colorado license plate 145-TIK, titled in the name of Krissiel Abeyta and believed to be unencumbered, seized on March 18, 2015, from 1187 S. Kendall Ct., Denver, Colorado. Defendant Silverado is currently being held in the custody of the FBI in Denver, Colorado.

c.      1999 Chevrolet Tahoe LT, VIN # 3GNEK18R6X182096, ("Defendant Tahoe") registered in the name of Thomas McQuown and believed to be unencumbered, seized on March 25, 2015, from 856 S. Van Gordon Ct., Lakewood, Colorado.  Defendant Tahoe is currently being held in the custody of the FBI in Denver, Colorado.

d.      2005 BMW 545, VIN # WBANB33545B115069; ("Defendant BMW 545") registered in the name of Stephanie Medina and seized on March 18, 2015, from a residence at 11337 Fenton St., Broomfield, Colorado.  Defendant BMW is currently being held in the custody of the FBI in Denver, Colorado.

e.      2006 CHEVROLET MONTE CARLO SS, VIN #

2

G1WL16C869365008; ("Defendant Monte Carlo SS") bearing Colorado License 217-QOI, registered to Monique Martines, an ex-girlfriend of Thomas McQuown, on July 16, 2014, and then re-registered in the name of Shirley McQuown, Thomas McQuown's mother, in December 2014. There is no lien associated with the vehicle which was seized on March 18, 2015, from a residence located at 856 S. Van Gordon St., Lakewood, Colorado.  Defendant Monte Carlo SS is currently being held in the custody of the FBI in Denver, Colorado.

f.      2008 VOLKSWAGEN JETTA, VIN # 3VWRM71K58M170297; ("Defendant Jetta") bearing Colorado License 030-QNW and registered to Briana Banuelos and believed to be unencumbered, seized on March 18, 2015, from a residence at 1326 S. Wyandot St., Denver, Colorado.  Defendant Jetta is currently being held in the custody of the FBI in Denver, Colorado.

g.      $20,000 in United States Currency, ("Defendant Currency") surrendered on November 5, 2014, by counsel for Briana Banuelos, in Denver, Colorado.  Defendant Currency is currently in the custody of the United States Marshals Service.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through the observations and investigations of law enforcement officers.

### Background - June 2014 Bank Robbery

4.      On June 17, 2014, at approximately 2:15 p.m., two armed men robbed at

gunpoint the Wells Fargo Bank, located at 6000 West 44th Avenue, Wheat Ridge, Colorado. The robbers stole $604,780.00. The two robbers left in a black Honda Element that was parked in the bank's parking lot.

5.     The composite descriptions of the robbers, provided by eye witnesses, identified a Hispanic male, 18 to 30 years old, 5'3" to 5'6" tall, of medium build, and a Hispanic male, 18 to 30 years old, 5'7" to 5'9" tall, of medium build.

6.     On June 17, 2014, at approximately 3:12 p.m., a 911 call was received regarding a car fire in an open space, located at 2600 West 62nd Avenue, within unincorporated Adams County, Colorado. Adams County responded to the call and discovered the black Honda Element, which was used in the robbery, engulfed in flames. Subsequent investigation revealed that the same black Honda Element used in the robbery had been reported stolen on June 13, 2014.

7.     The security camera video from Enright Asphalt LLC, located at 2300 West 60th Avenue, clearly showed the approach to the roadway that leads to the open space where the stolen black Honda Element was found. According to the video footage, on June 17, 2014, at approximately 3:09 pm, the black Honda Element entered from the west. A silver Jeep Cherokee is seen driving around the same area at approximately 3:10 p.m. At 3:11 p.m., heavy black smoke appears in the area where the stolen black Honda Element was later found. At 3:12 p.m., the silver Jeep Cherokee stops at the entrance to the dirt road and two people are seen running from where the black Honda Element was later found and entering the silver Jeep Cherokee.

8.      Investigators subsequently located the silver Jeep Cherokee parked in the driveway at 211 Meade Street, Denver, Colorado, the address used by an individual named Thomas McQuown. Investigators also found out that the silver Jeep Cherokee was registered to Stephanie Medina, mother of Thomas Lucero and Gabriel Archuleta.

9.      Investigators also received information from two confidential sources. The first of those individuals, (hereafter referred to as Source #1), informed investigators within a week after the robbery that he or she had heard Thomas Lucero bragging about having done a robbery very recently.  Source #1 went on to say that Lucero was showing others at a bar a video on his phone of what appeared to be a bank robbery. During this incident at a bar, Lucero indicated that his brother (Archuleta) had been with him at the robbery.

10.     Source #1 was shown photos and was able to identify Lucero, Archuleta, McQuown, and Stephanie Medina, the mother of Lucero and Archuleta.

11.     On June 23, 2014, also within a week of the bank robbery, investigators spoke with another confidential source (hereafter referred to as Source #2). Source #2 said he or she saw Lucero at the same bar showing off a large stack of money containing twenty and hundred dollar bills; Lucero was also heard to say, "I robbed that bank."  Source #2 also related that Lucero bragged about purchasing a BMW with cash.

12.     Source #2 reported seeing a photo of the bank robbery committed on June 17, 2014, and recognizing the gun used by one of the robbers as the same gun that Lucero had pulled out at a party several weeks earlier.

13.    Upon being shown photos of the subjects, Source #2 identified Lucero, Archuleta and McQuown.

14.    On June 23, 2014, Crime Stoppers received an anonymous tip, stating that the suspects responsible for the Wells Fargo Bank robbery were Tom (McQuown), a 40 year old Hispanic male, Thomas (Lucero), the nephew of Tom, a 25 year old Hispanic male, and "Vinnie" (a nickname for Gabriel Archuleta), also a nephew of Tom and a 25 year old Hispanic male.  The caller stated that the three subjects lived at 245 Zenobia Street, Denver, Colorado. Investigators confirmed that this address was the former address for Lucero and Archuleta.

15.    On June 26, 2014, Lucero was stopped on a probation warrant and arrested.   On the same day, Source #2 contacted investigators and reported that Medina was "freaking out" because Lucero had been arrested and she did not know if the arrest was robbery-related.  Source #2 indicated that Medina stated that she had received $20,000.00 from her sons.  Medina was concerned that Archuleta was going to get more time for the robbery because he had kicked one of the bank employees in the head during the robbery.  Medina also told Source #2 that someone named "Thomas," who was also involved in the robbery, would have to leave town.

16.    Investigators determined that Wells Fargo Bank employee Briana Banuelos was associated with Lucero and Archuleta through Facebook.    On October 9, 2014, investigators interviewed Banuelos, who admitted that she was acquainted with Lucero.  Upon investigation, it appears that Banuelos is related to Lucero and Archuleta as third cousins and McQuown as a second cousin. She said that McQuown came to

see her the day after the Wells Fargo Bank robbery in June 2014 and gave her $30,000.00. Banuelos said that she believed the money was from a bank robbery. Banuelos later admitted that McQuown had actually given her $90,000.00.

17.     Terry Abeyta is the husband of Krissiel Abeyta, a close friend of Stephanie Medina, who is referred to by Lucero and Archuleta as "auntie." On February 16, 2015, investigators interviewed Terry Abeyta. Terry had been arrested that day by Denver Police for being a felon with a loaded gun in his vehicle and asked to speak to federal investigators. He told investigators that in December 2014, he had been accused by Stephanie Medina of "snitching" on her sons, Lucero and Archuleta. Although Terry denied the accusation, not long after, Terry's wife Krissiel saw a telephone that had been given to Terry by an FBI agent so they could communicate. When Terry admitted as much to Krissiel, she kept the phone and proceeded to tell numerous people that he was a "snitch."

### PURCHASE OF VEHICLES BY ROBBERS AND RELATED PARTIES

18.     As set forth below, in June and July of 2014, Lucero, Archuleta, McQuown, Terry Abeyta, and other parties associated with them purchased eight vehicles despite having minimal legitimate income.

### 1966 Chevrolet Impala

19.     In his February 16, 2015, interview, Terry Abeyta also told investigators that he and his wife Krissiel Abeyta were present when Archuleta bought the Defendant Impala with money from the robbery. According to Abeyta, the three of them went to a man's house near the intersection of Cedar and Cody to look at an Impala offered for

sale.  Abeyta told investigators that Archuleta pulled out a stack of $100.00 bills from his pocket and counted out $17,500.00 to pay for the car. Terry Abeyta told the investigators that he believed the cash Archuleta bought the Chevrolet Impala with was from the robbery. Abeyta said his wife Krissiel put the Defendant Impala in her name to shield it for Archuleta.

20.     On March 18, 2015, Archuleta agreed to speak with investigators after he was arrested.  Archuleta told them that he bought the Impala from an older white man after the bank robbery.

21.     Source #1 also confirmed that Archuleta purchased a blue Chevrolet Impala, which resembled a 1970s model, shortly after the robbery.

22.     Source #2 stated that Archuleta had been seen driving the blue Chevrolet Impala.

23.     Investigators observed Archuleta driving Defendant Impala, on June 25, 2014.  Investigators followed Archuleta while he purchased approximately $1,303.00 worth of merchandise in "high-end" stores.  All the purchases were made with cash.

24.     A query of the Colorado Department of Revenue, Motor Vehicle Division, revealed that a 1966 Chevrolet Impala, Colorado License 342-GQY, VIN# 164376L226474, was registered to Krissiel Abeyta, 1187 South Kendall Court, Lakewood, Colorado 80232, on June 20, 2014.

25.     According to Source #1's report to the investigators, all the new cars purchased by Archuleta have been placed in one person's name to avoid suspicions. The records revealed that Krissiel Abeyta registered both Defendant Impala and a red

2006 Jeep Grand Cherokee, which had been sold by the time authorities received a warrant for it in March 2015, in her name on the same day, June 20, 2014.

26.     When Krissiel Abeyta was interviewed by investigators on March 18, 2015, she told them she had registered Defendant Impala in her name at the request of Gabe (i.e. Archuleta) because the prior owner, after the fact, had accused them of shorting him on the purchase price. She said she and Archuleta knew that was not true so they wanted to register the vehicle as quickly as possible.

## 2007 Chevrolet Silverado

27.     Terry Abeyta also told investigators when he was interviewed on February 16, 2015, that he was present when Archuleta gave his wife, Krissiel Abeyta $20,000.00 in cash, as a stack of $100.00 bills wrapped with rubber-bands. Within a couple of days, Krissiel and Terry Abeyta used the cash money they got from Archuleta to buy Defendant Silverado.

28.     A query of the Colorado Department of Revenue, Motor Vehicle Division, revealed that the Defendant Silverado was registered to Terry Abeyta, 1187 South Kendall Court, Lakewood, Colorado 80232, on June 26, 2014.

## 1999 Chevrolet Tahoe

29.     The Tahoe came to the attention of investigators on March 18, 2015, when McQuown was arrested at the apartment of his girlfriend, Angela Arguello-Martinez.  He had been living there since the beginning of 2015.   As part of their investigation of Defendant Tahoe, it was determined that the vehicle had been purchased by Thomas McQuown on July 29, 2014.

## 2005 BMW 545

30.　　On June 22, 2014, Source #1 reported that Lucero was seen driving the defendant black 2005 BMW that he had not been seen driving previously. According to Source #1, LUCERO was heard bragging about putting down $10,000.00 cash to purchase a black BMW. As noted above, Source #2 confirmed that Lucero bragged about purchasing a BMW with cash.

31.　　On June 26, 2014, investigators observed Lucero driving defendant 2005 black BMW, Colorado plate 262-NYQ, in which he was subsequently stopped on a probation warrant regarding a previous charge and arrested.

32.　　As previously mentioned, Archuleta gave a voluntary statement after his arrest on March 18, 2015. At that time, he told investigators that Lucero used money from the bank robbery to buy (defendant) BMW.

33.　　As previously mentioned, defendant 2005 BMW, Colorado, Temp Tag 983532K, VIN# WBANB33545B115069, is registered to Stephanie Medina, 211 Meade Street, Denver, Colorado 80219 on July 3, 2014.

## 2006 Monte Carlo SS

34.　　On July 8, 2014, investigators observed McQuown drive defendant Monte Carlo SS to the Aurora Town Center. McQuown was observed going inside the mall and entering a store called Infinite Jewelers. The owner of Infinite Jewelers was interviewed and revealed McQuown purchased a diamond ring for $1,404.00, and paid for the ring in new $100.00 bills.

35.     A query of the Colorado Department of Revenue, Motor Vehicle Division, revealed that the defendant Monte Carlo SS, Colorado License 217-QOI, VIN# 2G1WL16C869365008, was registered to Monique Martines, McQuown's ex-girlfriend, at 3150 West Floyd Avenue, Englewood, Colorado 80110, on July 16, 2014. In December 2014, the defendant Monte Carlo SS was re-registered to Shirley McQuown, McQuown's mother.

36.     During the voluntary statement he gave after his arrest on March 18, 2015, Archuleta told investigators that  (defendant)  Monte Carlo SS was bought by McQuown with money gained from the bank robbery.

37.     During her November 3, 2014 interview, Briana Banuelos told investigators that when McQuown told her what he did with his share of the robbery proceeds, including purchasing defendant Monte Carlo SS.

### 2008 Volkswagen Jetta

38.     On October 9, 2014, Banuelos, a Wells Fargo teller, connected to Lucero, admitted to the investigators that she received $90,000.00 from the robbery.  Banuelos admitted that she used a portion of these funds to purchase a 2008 Volkswagen Jetta for approximately $8,000.00.

39.     A query of the Colorado Department of Revenue, Motor Vehicle Division, revealed that the subject 2008 Volkswagen Jetta, Colorado License 030-QNW, VIN# 3VWRM71K58M170297, is registered to Banuelos, 1326 S. Wyandot Street, Denver, Colorado 80223.  The vehicle was registered on June 19, 2014.

### $20,000 United States Currency

40**.**   As previously stated, on October 9, 2014, Briana Banuelos told investigators she had received $90,000 cash from Thomas McQuown and that she believe the money was from the June 14, 2014 Wells Fargo bank robbery.

41.   On November 3, 2014, Banuelos met with investigators at her attorney's office and gave them a packet of two hundred (200) $100 bills.  This packet of $20,000 was bound by a rubber band and placed into a clear plastic bag.  Banuelos told the agents that she had received the money as part of the $90,000 cash she received from McQuown on the day after the robbery.

### Reported Wages

42.   The Colorado Department of Labor inquiry revealed the following earnings for the individuals identified below for approximately 18 months, starting with the 1st Quarter of 2013 through the 2nd Quarter of 2014:

   a.   Thomas Lucero reported $3,069.85 in earnings;

   b.   Gabriel Archuleta reported $1,550.26 in earnings;

   c.   Thomas McQuown reported $4,288.53 in earnings;

   d.   Krissiel Abeyta reported $0.00 in earnings; and

   e.   Terry Abeyta reported $170.44 in earnings.

### CONCLUSION

43.   In summary, the investigation has revealed that Lucero, Archuleta, and McQuown robbed the Wells Fargo Bank on June 17, 2014, and shortly thereafter, despite having little legitimate income, they and others purchased the subject vehicles free and clear of any loans and liens in their names or the names of their associates.

44.     On March 23, 2015, the grand jury in the District of Colorado returned an indictment against Lucero, Archuleta and McQuown for Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a) and (d), two Counts of Conspiracy to Commit Bank Robbery in violation of 18 U.S.C. § 371 (with Lucero being excluded from the second of these) and Brandishing a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

45.     Based on the above, there is probable cause to believe that the subject vehicles are proceeds traceable to a specified unlawful activity (Bank Robbery), and therefore, are subject to forfeiture pursuant to Title 18 of the United States Code, Section 981(a)(1)(C).

VERIFICATION OF JOHN PIERSON

FEDERAL BUREAU OF INVESTIGATION SPECIAL AGENT

I, John A. Pierson, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

John A. Pierson
Special Agent, Federal Bureau of Investigation

| | | |
|---|---|---|
| STATE OF COLORADO | ) | |
| CITY AND | ) ss. | |
| COUNTY OF Denver | ) | |

13

The foregoing VERIFIED COMPLAINT FOR FORFEITURE *IN REM* was sworn to and subscribed before me this 9th day of September, 2015 by John A. Pierson, Special Agent, Federal Bureau of Investigation .

*Pamela D Thompson*

Notary Public, State of Colorado

My Commission Expires: 5/3/2018

```
PAMELA D. THOMPSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064017152
MY COMMISSION EXPIRES MAY 3, 2018
```

### FIRST CLAIM FOR RELIEF

46.     The Plaintiff repeats and incorporates by reference each of the paragraphs above.

47.     By the foregoing and other acts, Defendant Impala constitutes proceeds traceable to an armed bank robbery in violation of 18 U.S.C. § 2113, and therefore, is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

### SECOND CLAIM FOR RELIEF

48.     The Plaintiff repeats and incorporates by reference each of the paragraphs above.

49.     By the foregoing and other acts, Defendant Silverado constitutes proceeds traceable to armed bank robbery in violation of 18 U.S.C. § 2113, and therefore, is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

### THIRD CLAIM FOR RELIEF

14

50.     The Plaintiff repeats and incorporates by reference each of the paragraphs above.

51.     By the foregoing and other acts, Defendant Tahoe constitutes proceeds traceable to armed bank robbery in violation of 18 U.S.C. § 2113, and therefore, is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

## FOURTH CLAIM FOR RELIEF

52.     The Plaintiff repeats and incorporates by reference each of the paragraphs above.

53.     By the foregoing and other acts, Defendant BMW 545 constitutes proceeds traceable to armed bank robbery in violation of 18 U.S.C. § 2113, and therefore, is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

## FIFTH CLAIM FOR RELIEF

54.     The Plaintiff repeats and incorporates by reference each of the paragraphs above.

55.     By the foregoing and other acts, Defendant Monte Carlo SS constitutes proceeds traceable armed bank robbery in violation of 18 U.S.C. § 2113, and therefore, is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

## SIXTH CLAIM FOR RELIEF

56.     The Plaintiff repeats and incorporates by reference each of the paragraphs above.

57.     By the foregoing and other acts, Defendant Jetta constitutes proceeds

traceable to armed bank robbery in violation of 18 U.S.C. § 2113, and therefore, is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

## SEVENTH CLAIM FOR RELIEF

58.     The Plaintiff repeats and incorporates by reference each of the paragraphs above.

59.     By the foregoing and other acts, Defendant Currency constitutes proceeds traceable to armed bank robbery in violation of 18 U.S.C. § 2113, and therefore, is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be authorized to dispose of the property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 9th day of September, 2015.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By:  _____
Tonya S. Andrews
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail:  tonya.andrews@usdoj.gov
*Attorney for Plaintiff*

16