**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01955-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1966 CHEVROLET IMPALA, VIN # 164376L226474;
2007 CHEVROLET SILVERADO 1500, VIN # 1GCEK19Y17Z641095;
1999 CHEVROLET TAHOE LT, VIN # 3GNEK18R6X182096;
2005 BMW 545, VIN # WBANB33545B115069;
2006 CHEVROLET MONTE CARLO SS, VIN # 2G1WL16C869365008;
2008 VOLKSWAGEN JETTA, VIN # 3VWRM71K58M170297;
$20,000.00 IN UNITED STATES CURRENCY;

      Defendants.
_____

**ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT**
_____

THIS MATTER comes before the Court on the United States' *Motion to Set Aside Clerk's Entry of Default*. In the Motion, the United States represents that the *Notice of Complaint for Forfeiture in Rem* sent on September 10, 2015 did not include some individuals who might have an interest in some of the defendant properties. [#17 at ¶ 6]. Rule 55(c) of the Federal Rules of Civil Procedure provides that the court may set aside an entry of default for good cause. The Court having reviewed said Motion FINDS that for good cause shown, the Motion to Set Aside is GRANTED.

SO ORDERED this 18th day of November, 2015.

                              BY THE COURT:

                              s/ Nina Y. Wang
                              United States Magistrate Judge