IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01955-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1966 CHEVROLET IMPALA, VIN # 164376L226474;
2007 CHEVROLET SILVERADO 1500, VIN # 1GCEK19Y17Z641095;
1999 CHEVROLET TAHOE LT, VIN # 3GNEK18R6X182096;
2005 BMW 545, VIN # WBANB33545B115069;
2006 CHEVROLET MONTE CARLO SS, VIN # 2G1WL16C869365008;
2008 VOLKSWAGEN JETTA, VIN # 3VWRM71K58M170297;
$20,000.00 IN UNITED STATES CURRENCY;

    Defendants.
_____

## ORDER FOR CLERK TO ENTER DEFAULT
_____

    This Matter comes before the Court on Plaintiff's Motion for Order for Clerk to Enter Default.  The Clerk of the Court previously entered default, and subsequently set it aside, at the request of Plaintiff, so that further service of potential claimants could be accomplished.   Plaintiff has now served notice of the Complaint on additional individuals, and given additional time to previously notified parties of their opportunity to file claims on any of defendant assets.

    All filing deadlines have passed and no claim has been filed.

    IT IS THEREFORE ORDERED that the Clerk of the Court shall enter default of the following defendant vehicles and currency:

      a.      1966 CHEVROLET IMPALA, VIN # 164376L226474;

      b.      2007 CHEVROLET SILVERADO 1500, VIN # 1GCEK19Y17Z641095;

      c.      1999 CHEVROLET TAHOE LT, VIN # 3GNEK18R6X182096;

      d.      2005 BMW 545, VIN # WBANB33545B115069;

      e.      2006 CHEVROLET MONTE CARLO SS, VIN # 2G1WL16C869365008;

      f.      2008 VOLKSWAGEN JETTA, VIN # 3VWRM71K58M170297; and

      g.      $20,000.00 IN UNITED STATES CURRENCY.

SO ORDERED this 19th day of January, 2016.

BY THE COURT:

s/ Nina Y. Wang
NINA Y. WANG
United States Magistrate Judge