IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01955-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1966 CHEVROLET IMPALA, VIN # 164376L226474;
2007 CHEVROLET SILVERADO 1500, VIN # 1GCEK19Y17Z641095;
1999 CHEVROLET TAHOE LT, VIN # 3GNEK18R6X182096;
2005 BMW 545, VIN # WBANB33545B115069;
2006 CHEVROLET MONTE CARLO SS, VIN # 2G1WL16C869365008;
2008 VOLKSWAGEN JETTA, VIN # 3VWRM71K58M170297;
$20,000.00 IN UNITED STATES CURRENCY,

       Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture as to defendant vehicles and currency, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 18 U.S.C. § 981(a)(1)(C);

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after proper notice, neither the known potential claimants, nor any other third party, with the exception of claimant Bryan Aslamy who filed notice of a lien on two

of defendant vehicles, has filed a Claim or Answer as to defendant vehicles and currency as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT a Clerk's Default was entered by the Clerk of the Court on January 20, 2016. (Doc. 22).

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant vehicles and currency. It further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 2113;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to defendant vehicles and currency,

THAT the Clerk of Court shall be directed to enter Judgment as to defendant;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of defendant vehicles and currency, including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. § 2113;

THAT the United States shall have full and legal title as to defendant vehicles and currency and may dispose of said vehicles and currency in accordance with law; and in accordance with the terms and provisions of the parties Settlement Agreement; and

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to these defendant properties pursuant to 28 U.S.C. § 2465.

SO ORDERED this 8th day of February, 2016.

BY THE COURT:

s/ Nina Y. Wang

_____
NINA Y. WANG
United States Magistrate Judge