IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01955-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1966 CHEVROLET IMPALA, VIN # 164376L226474;
2007 CHEVROLET SILVERADO 1500, VIN # 1GCEK19Y17Z641095;
1999 CHEVROLET TAHOE LT, VIN # 3GNEK18R6X182096;
2005 BMW 545, VIN # WBANB33545B115069;
2006 CHEVROLET MONTE CARLO SS, VIN # 2G1WL16C869365008;
2008 VOLKSWAGEN JETTA, VIN # 3VWRM71K58M170297;
$20,000.00 IN UNITED STATES CURRENCY,

      Defendants.

_____

## DEFAULT JUDGMENT

_____

      Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the *Default and Final Order of Forfeiture* entered by the Honorable Judge Nina Y. Wang, the following JUDGMENT is hereby entered:

      Default is hereby entered in favor of the United States, pursuant to 18 U.S.C. § 2113, including all right, title, and interest, for the following defendant assets:

1.    1966 Chevrolet Impala, VIN # 164376L226474;
2.    2007 Chevrolet Silverado 1500, VIN # 1GCEK19Y17Z641095;
3.    1999 Chevrolet Tahoe LT, VIN # 3GNEK18R6X182096;
4.    2005 BMW 545, VIN # WBANB33545B115069;
5.    2006 Chevrolet Monte Carlo SS, VIN # 2G1WL16C869365008;
6.    2008 Volkswagen Jetta, VIN # 3VWRM71K58M170297; and
7.    $20,000.00 IN United States Currency.

The United States shall have full and legal title as to the defendant assets and may dispose of said assets in accordance with law and the settlement agreement into which it has entered.

The *Default and Final Order of Forfeiture* shall serve as a Certificate of Reasonable Cause as to the defendant assets under 28 U.S.C. § 2465.

DATED at Denver, Colorado this  8th  day of ____February_____, 2016.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: __s/N. Marble_____
Deputy Clerk